UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION


FILED
APR 16 2010
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR09-10035 |
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| WAYNE D. BREITAG, | |
| Defendant. | |

This Court entered a Preliminary Order of Forfeiture on December 22, 2009, ordering Defendant to forfeit certain property (the Subject Property), specified as:

the hide of one leopard (Panthera pardus).

Notice of the Preliminary Order of Forfeiture was given by publication from February 6, 2010, through and including March 7, 2010. No timely claim has been filed.

The Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(B) and (b)(1), 29 U.S.C. § 2461(c), and 16 U.S.C. § 3374(a)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-described Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

DATED: April 15, 2010.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge

ATTEST:
Joseph Haas, Clerk

By Barbara J. Joseph
Deputy Clerk